Page 1 of 2

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE
2004 JUN -7 P 2: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

June 4, 2004

Re Docket # 04-cv-40069-GAO
Garner v. Winn
Petition for Writ of Habeus Corpus
28 USC § 2241

Dear Mark Barrett
       Docket Clerk - Judge O'Toole Jr

My 28 USC § 2241, Petition for Writ of Habeus Corpus, Pro Se, was filed with the Court on May 4, 2004 and was assigned Docket # 04-cv-40069-GAO, and the matter was assigned to Judge George A O'Toole, Jr.

I am writing this letter to inqure if a "show cause" has been issued, and if yes, has the show cause been "served" to the Respondent Winn and the U.S. Attorneys office representing the Respondent?

If either of the above two actions have not occurred I would respectfully request that they occur at the earliest possible date as the passage of time has the

possibility to diminish or moot the relief that I am seeking through my Petition. This is a time sensitive matter.

Any aid that you would be able to provide would be greatly appreciated. If needed, I can be contacted at the address provided below.

Again, thank you for your cooperation.

Truly Yours,


Gary A Garner
31475-039 Unit I
Federal Medical Center Devens
PO Box 879
Ayer, MA  01432