United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

July 1, 2004

Re: Docket # 04-cv-40069-GAO
    Garner v. Winn
    Petition for Writ of Habeus Corpus
    28 USC § 2241

Dear Mark Barrette
    Docket Clerk - Judge O'Tool Jr.

My 28 USC § 2241 Petition for Writ of Habeus Corpus was filed with the Court on May 4, 2004 and assigned docket # 04-cv-40069-GAO, and the matter was assigned to Judge George O'Tool Jr.

The purpose of my inquiry is to determine if a "show cause" order has been issued, and if yes, has the show cause order been "served" on the Respondent Winn and the US Attorney's office representing the Respondent?

I have been tracking the progress of the docket in the "Pacer" Service Center and

have been unable to determine if any progress has been achieved in the last 60 days.

If either of the above two actions have not occurred, I would respectfully request that they occur at the earliest possible date. The passage of time has the possibility to diminish or moot the relief that I am seeking through my Petition.

Any help you can provide, is greatly appreciated. If need be, I can be reached at the address below.

Thank you!

Sincerely,

Gary A. Garner
31475-039 Camp (Unit I)
FMC Devens
PO Box 879
Ayer MA 01432