United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210



July 12, 2004

Re: Docket #04-cv-40069-GAO
    Garner v. Winn
    Petition for Writ of Habeus Corpus
    28 USC § 2241

Dear Judge George A. O'Toole, Jr.

My 28 USC § 2241 Petition for Writ of Habeus Corpus was filed with the Court on May 4, 2004 and was assigned docket # 04-cv-40069-GAO, and the matter was assigned to Judge George A. O'Toole, Jr.

My purpose in writing is to determine if a "show cause" order has been issued, and if yes, has the show cause order been "served" on the Respondent and the US Attorney's office representing the Respondent? I have reviewed the PACER Service Center as of today and noted no activity. I am concerned that nearly 75 day has passed and

the above two actions do not appear to have been completed.

If either of the above two actions have not occurred, I would respectfully request that they occur at the earliest possible date because it is a time sensitive issue.

The passage of time has the possibility to diminish or moot the relief that I am seeking through my petition. Any help in this matter would be greatly appreciated. I have written two pieces of correspondence in the past thirty days to the Docket Clerk, one of which is recorded on the Pacer Service Center. Additionally, I have had a family member speak to him on the phone. Unfortunately, I feel that I have exhausted all other remedies and was hoping that you might be able to help with this matter.

I apologize for causing you any inconvenience and again, thank you for your attention to this matter.

I am including my return address at the bottom of this letter if you are able to let

me know if there is anything else that I can do or provide.

Page 3 of 3

Thank you!

Sincerely,

*[signature]*

Gary A. Garner

31475-039 Camp
FMC Devens
PO Box 879
Ayer, MA  01432