Mr. Tony Anastos
Clerk
United States District Court
   District of Masschusetts
John Joseph Moakely Federal Courthouse
1 Courthouse Way - Suite 2300
Boston, MA  02210



July 29, 2004

                                       Re:  Garner v. Winn
                                              Civil No.  4:04-cv-40069-GAO

Dear Mr. Anastos:

    The enlosed docket in my case (updated by a third letter to Mark Barrette and one to Judge O'Toole Jr.) shows that I filed a habeus corpus petition under 28 USC §2241 on May 4, 2004, and have patiently awaited the issuance of an Order to the Respondent Winn (and the United States Attorney) to file a responsive pleading within a spcific number of days.  My letters have gone unanswered.  My sister and I have spoken to Mr. Barrette on the telephone on several occasions asking that this case progress in a reasonably prompt manner.  We pointed out that the case of M. William Potts v. Winn, Civil No. 4:04-cv-40068-GAO filed on the same day and before the same Judge did proceed as I have requested for my case.  My sister informed me that she was toeld on July 23, 2004 by Mark Barrette that the United States Attorney is very busy, that he has not yet been served my case, and that I must serve the Respondent myself.  She was also informed that the relatively fast progress of the Patt's case is a "fluke".

    I have been assisted in preparing the enclosed Petition and in preparing this letter by inmates here at FMC Devens Camp in their leisure time pursuant to 28 CFR §543.11 (f) (1).  I believe that under the circumstances described above you, sir, should correct this situation by bringing my case to Judge O'Toole Jr.'s attention so that the Order to the Respondent will be issued, now requiring a responsive pleading within twenty (20) days of service (to make up for the lost time and to protect my <u>habeus corpus</u> rights from being motted by the passage of time.)

    If you believe that I must undertake the service myself, please send me two Summons signed and sealed by you and I will do so by certified mail.

    I await your response.

                                                                    Respectfully,

                                                                  Gary A. Garner

                                                                  31475-039 Camp
                                                                  FMC Devens
                                                                  P.O. Box 879
                                                                 Ayer, MA  01432