UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Gary A. Garner, Petitioner | |
| vs. | CIVIL ACTION No. 04-40069-GAO |
| David L. Winn, Warden Federal Medical Center, Devens, Respondent | |

### Petitioner's Amendment to Petition for Writ of Habeas Corpus

Pursuant to the provisions of F.R.Civ.P.Rule 15(a) the Petitioner amends his Petition filed May 4, 2004 to which no Responsive Pleading has been served, as follows:

1. By adding after paragraph 30 the following paragraph 31. On September 3, 2004 the United States Court of Appeals for the First Circuit issued its opinions and judgment in <u>Goldings v.s Winn</u>, ---F.3d--- (No. 03-2633) decided September 3, 2004. The decision is now the law of this Circuit and applies to the facts alleged and the relief sought in the Petition.

2. By deleting in paragraph 29 the figure "20" and inserting in place thereof the figure "5".

3. By adding after prayers for Relief paragraph 7 the following paragraphs:

    8. That the Court order the Clerk to serve forthwith upon the Respondent a copy of the Petition for Writ of Habeas Corpus pursuant to 28 USC §2241 and a copy of the Petitioner's Amendment to Petition for Writ of Habeas Corpus.

    9. That the Court issue an Order of Notice to the Respondent to file his

Responsive Pleading to the Petition as amended within five (5) calendar days of service (as the Petitioner's relief will be diminished beginning November 1, 2004), and further that as a part of his Responsive Pleading the Respondent show cause why consistent with his responsibility under F.R.Civ.P.Rule 11(b), his response should not be an admission that the Petitioner is entitled to the issuance of the Writ Habeas Corpus forthwith.

Dated: September 12, 2004					RESPECTFULLY SUBMITTED,

							/s/ Gary A. Garner
							Gary A. Garner, Pro Se
							#31475-039  Unit I
							Federal Medical Center, Devens
							P.O. Box 879
							Ayer, MA  01432


## VERIFICATION

I, Gary A. Garner do hereby certify that all of the facts and circumstances as stated by me in the instant Petition are based upon information and belief, and are true and correct to the best of my knowledge.

Dated: September 12, 2004					RESPECTFULLY SUBMITTED,

							/s/ Gary A. Garner
							Gary A. Garner, Pro Se
							#31475-039  Unit I
							Federal Medical Center, Devens
							P.O. Box 879
							Ayer, MA  01432

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon Michael J. Sullivan, United States Attorney, by my depositing a copy thereof in the internal mailing system at Federal Medical Center, Devens, Unit I (Camp), postage prepaid, addressed to the Office of the United States Attorney, John Joseph Moakley Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 on this 12th day of September 2004.

I swear under the penalties of perjury that the foregoing is true on this 12th day of September 2004.

Gary A. Garner, Pro Se
31475-039 Unit I
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432