Mr. Paul Lynesse
Clerk
United States District Court
District Of Massachusetts
John Joseph Moakley Federal Courthouse
1 Court House Way
Boston, MA  02210

September 24, 2004                          Re: Garner vs. Winn
                                                Civil No. 4:04-cv-40069-GAO

Dear Mr. Lynesse:

I am writing to determine whether you may be able to provide any assistance in with a legal matter on the docket of the Honorable Judge George A. O'Toole Jr. I filed a "Petition for Writ of Habeas Corpus Pursuant to 28 USC §2241" on May 4, 2004, and have patiently awaited the issuance of an Oder to the Respondent Winn (and the United States Attorney) to file a responsive pleading. In addition I have written several letters to Mr. Mark Barrette, Mr. Tony Anastos, and Judge O'Toole.  Four of these letters were docketed, while 5 additional letters to Mr. Barrette remain undocketed as noted on the PACER Service Center in my docket history.  My letters have gone unanswered.  My sister and I have spoken to Mr. Barrette on the telephone on several occasions asking that this case progress in a reasonably prompt manner as my relief will begin being diminished on November 1, 2004.

In addition to the efforts above, I pointed out that the case of M. William Potts vs. Winn, Civil No. 4:04-cv-40068-GAO (one number prior to mine) was file on the same day and before the same Judge and has proceeded without delay.  The U.S. Attorney has provided a responsive pleading on behalf of Mr. Winn, and also on September 16, 2004 filed a "Respondent's Assent to Petitioner's Motion For Leave".  Mr. Potts is awaiting the Judge's final decision.  While my case was filed on the same day and has not even begun the first stage of the judicial process.

On September 12, 2004 I filed a "Petitioner's Amendment to Petition for Writ of Habeas Corpus" to provide the Judge with the additional opinions and judgment issued on September 3, 2004 by the United States Court of Appeals for the First

Circuit in the matter of <u>Goldings vs. Winn</u>, --F.3d-- (No. 03-2633). The decision is now the law of this Circuit and apply to the facts alleged and the relief sought in my original Petition.

Unfortunately, I am at a loss at how to proceed in this matter. I was hoping that you may be able to provide some assistance in bringing it to the attention of Judge O'Toole. Any consideration that you can provide would be <u>greatly</u> appreciated. While I am certain you are busy, I have enclosed a self-addressed stamped envelope if you are able to respond with recommendations and/or if you are able to provide some aid from within your office.

Again, I truly appreciate your taking the time to read this letter and hope it has provided you with enough detail surrounding the matter.

Thank you!

RESPECTFULLY SUBMITTED,

*[signature]*

Gary A. Garner, Pro Se
#31475-039   Unit I
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA   01432