UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ( | ) | |
| ( Gary A. Garner | ) | |
| ( Petitioner | ) | |
| ( | ) | |
| ( vs. | ) | |
| ( | ) | CIVIL ACTION NO.  04-40069-GAO |
| ( David L. Winn, Warden | ) | |
| ( Federal Medical Center, | ) | |
| ( Devens | ) | |
| ( Respondent | ) | |
| ( | ) | |

**Petitioner's Motion To Shorten Time Within Which
Respondent Must File A Pleading**

The Petitioner moves that the Court shorten the time within which the Respondent shall file his responsive pleading to October 22, 2004 from the sixty days allowed by the Court for the following reasons:

1. The allowance of sixty days could unfairly diminish the availability for the Petitioner of at least 30 days of eligibility for the six months half-way house transfer to which he is legally entitled under the decision of Goldings v. Winn, --F.3d--, 2004 WL (1st Circuit - decided September 9, 2004). This is because his six months entitlement begins November 1, 2004.

2. The United States Attorney for this District through at least three Assistant United States Attorneys in other cases, has already acknowledged in writing that Goldings v. Winn is dispositive of the legal issues in this case and so the only pleading as to the law in this case which would comply with Rule 11 could be a similar one to those filed in one or more of those cases.

3. One of the cases discussed Potts v. Winn, under the jurisdiction of the Court of the Honorable Judge O'Toole Jr., was given 28 days for a responsive pleading and on September 16, 2004 received a "Respondent's Assent to Petitioner's Motion For Leave" from the United States Attorney. In fairness, the Petitioner's case should be given the same consideration if

not less. If there is a burden on the Office of the United States Attorney in this District in handling this case, the undersigned is informed that by actual count, no fewer than sixty-four Assistant United States Attorneys in this country have been involved in fifty-two District Court cases raising this issue, of which fifty have been lost by the government.

Dated: October 7, 2004

/s/ Gary A. Garner

Gary A. Garner, Pro Se
31475-039 Unit I
Federal Medical Center Devens
P.O. Box 879
Ayer, MA  01432

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon Michael J. Sullivan, United States Attorney, by my depositing a copy therof in the internal mailing system at Federal Medical Center, Devens, Unit I (Camp), postage prepaid, addressed to the Office of the United States Attorney, John Joseph Moakley Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 on this 7th day of October 2004.

I swear under the penalties of perjury that the foregoing is true on this 7th day of October 2004.

Gary A. Garner, Pro Se
31475-039 Unit I
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432