UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY GARNER,                        )
                                    )
    Petitioner,                 )
                                    )
        v.                  )          Civil Action No. 04-40069-GAO
                                    )
DAVID L. WINN, Warden               )
Federal Medical Center,             )
Devens                              )
                                    )
    Respondent.                 )


## RESPONDENT'S MOTION TO DISMISS

The Respondent David L. Winn, Warden of Federal Medical Center Devens
(FMC Devens), through his undersigned counsel, respectfully moves to dismiss the
petition on the ground that the Petitioner's claim is now moot.  As indicated in the
accompanying Declaration of Patrick W. Ward, in response to the Court of Appeals'
recent decision in Goldings v. Winn, 383 F.3d 17 (1st Cir. 2004), FMC Devens has
changed its practice regarding placement of prisoners in community corrections centers
("CCCs"), so that prisoners are evaluated for placement without regard to the
Memorandum of the Office of Legal Counsel of the United States Department of Justice
dated December 13, 2002, that is challenged in the Petition.  Accordingly, the Petitioner
Gary Garner will be re-evaluated under the pre-December 2002 policies, thus providing
him with all the relief he would be entitled to receive in this case.

In further support of this motion the defendants submit the accompanying

Memorandum In Support of Defendants' Motion to Dismiss and In Opposition to

Plaintiff's Motion For Summary Judgment.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:    /s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110
Dated: October 25, 2004    (617) 748-3282

### CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

The defendants take the position that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se and is incarcerated.  To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

/s/ George B. Henderson, II
George B. Henderson, II


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner, Gary Garner, Reg. No.31475-039, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

October 25, 2004    /s/ George B. Henderson, II
George B. Henderson, II