IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY GARNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-40069-GAO |
| | ) | |
| DAVID L. WINN, Warden | ) | |
| FMC Devens, | ) | |
| | ) | |
| Respondent. | ) | |

---

## DECLARATION OF PATRICK W. WARD

I, Patrick W. Ward, hereby make the following declaration:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens.   I have been employed at this position since approximately March 24, 2002.

2.    Petitioner Gary Garner, Reg. Number 31475-039, is currently serving a sentence of twenty one (21) months at the Federal Prison Camp in Devens, Massachusetts. See Attached **Document A**, Sentence Monitoring Computation Data. His Projected Release Date is May 1, 2005.  His Pre-release Preparation Date (10% date) is March 8, 2005.

3.    Petitioner Garner had previously been considered for Community Corrections Center (CCC) Placement and is approved for a CCC placement to the Coolidge House in Boston, Massachusetts for March 8, 2005 (at his 10% date).  See Attached **Document B**, Inmate Profile.

4.    As a result of the decision and judgment in <u>Goldings v. Winn</u>, No. 03-2633 (1ˢᵗ Cir., September 9, 2004), FMC Devens has initiated a new policy of review and consideration for CCC placement recommendations.  <u>See</u> Attached **Document C**, Memorandum For Inmate Population (October 18, 2004).  These reconsiderations and initial reviews will be done consistent with the practice and policy in existence at FMC Devens prior to December 20, 2002, under which FMC Devens exercised discretion to recommend CCC placements in excess of the last 10% of a sentence (not to exceed six months).

5.    Because Petitioner Garner has an existing CCC placement, which was approved based upon the 10% limitation, his case will be reconsidered pursuant to the October 18, 2004 Memorandum.

6.    It should be noted that the maximum potential CCC placement is 180 days. There is no guarantee of a 180 day placement.  Based upon prior policy and practice at FMC Devens, a sentence of 21 months would not necessarily result in a full 180 day placement.


I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this <u>20th</u> day of October, 2004.


                                    /s/ Patrick W. Ward
                                    Patrick W. Ward
                                    Attorney Advisor
                                    Consolidated Legal Center - Devens

2

# EXHIBIT A

```
DEVBS 540*23 *          SENTENCE MONITORING        *   09-29-2004
PAGE 001        *       COMPUTATION DATA           *   09:11:05
                        AS OF 09-29-2004

REGNO..: 31475-039 NAME: GARNER, GARY


FBI NO...........: 132931RA8        DATE OF BIRTH: 06-04-1966
ARS1.............: DEV/A-DES
UNIT.............: I UNIT            QUARTERS.....: I01-020U
DETAINERS........: NO               NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-08-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-01-2005 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: CR 03-80032-DT
JUDGE...........................: DUGGAN
DATE SENTENCED/PROBATION IMPOSED: 06-25-2003
DATE COMMITTED..................: 10-24-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                  FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00    $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $93,517.08

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  153
OFF/CHG: 18:1343 WIRE FRAUD

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   21 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  CLASS OF OFFENSE...............: CLASS D FELONY
  DATE OF OFFENSE................: 11-01-2000




G0002      MORE PAGES TO FOLLOW . . .
```

# EXHIBIT B

```
  DEVBS  535.03 *              INMATE PROFILE                    *      09-29-2004
PAGE 001 Case 4:04-cv-40069-GAO    Document 11-2    Filed 10/25/2004    Page 6 of 10:10:39
         31475-039                  REG
REGNO: 31475-039                    FUNCTION: DIS DOB/AGE.: 06-04-1966 / 38
NAME.: GARNER, GARY                              R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                            MILEAGE.: 29 MILES
PHONE: 978-796-1000        FAX: 978-796-1118
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE      FBI NO..: 132931RA8
 PROJ REL DATE..: 05-01-2005                     INS NO..: N/A
 PAR ELIG DATE..: N/A                            SSN.....: 386865765
 PAR HEAR DATE..:              PSYCH: NO      DETAINER: NO        CMC..: NO
  FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - - EFF DATE   TIME
  DEV  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-24-2003 1216
  DEV  CASEWORKER CSW I      I. BENET-RIVERA,EXT. 1522     10-24-2003 1216
  DEV  QUARTERS   I01-020U   HOUSE I/RANGE 01/BED 020U     03-18-2004 1255
  DEV  UNIT       I UNIT     N. PATTERSON,U/M, EXT. 1523   10-24-2003 1216
  DEV  WRK DETAIL CMP LAND   LANDSCAPE - JENKINS           12-01-2003 0001
OFFN/CHG RMKS: 18:1343 WIRE FRAUD-21 MONTHS CBOP & 3 YEARS SRT
OFFN/CHG RMKS: CR03-80032-DT



G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 31475-039                    FUNCTION: DIS DOB/AGE.: 06-04-1966 / 38
NAME.: GARNER, GARY                               R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                             MILEAGE.: 29 MILES
PHONE: 978-796-1000          FAX: 978-796-1118
      FACL CATEGORY    - - - - -   CURRENT ASSIGNMENT - - - - - -   EFF DATE   TIME
      DEV  ADM-REL     A-DES       DESIGNATED, AT ASSIGNED FACIL   10-24-2003 1216
      DEV  CARE LEVEL  CARE1       HEALTHY, NO CHRONIC CARE        07-11-2003 1447
      DEV  COR COUNSL  CCC I       TOM O'CONNOR,EXT.1521           10-24-2003 1216
      DEV  CASE MGT    PROG RPT    NEXT PROGRESS REPORT DUE DATE   02-01-2005 1424
      DEV  CASE MGT    RPP COMPLT  RELEASE PREP PGM COMPLETE       05-10-2004 1626
      DEV  CASE MGT    RPP UNT C   RELEASE PREP UNIT PGM COMPLETE  06-09-2004 1348
      DEV  CASE MGT    V94 COA913  V94 CURR OTHER ON/AFTER 91394   11-10-2003 1424
      DEV  CASEWORKER  CSW I       I. BENET-RIVERA,EXT. 1522       10-24-2003 1216
      DEV  CUSTODY     COM         COMMUNITY CUSTODY               05-12-2004 1904
      DEV  DRUG PGMS   DRG I NONE  NO DRUG INTERVIEW REQUIRED      11-10-2003 1425
      DEV  DESTNATION  CBN 1BN     COOLIDGE HSE BOSTON MA          03-08-2005 1554
      DEV  EDUC INFO   ESL HAS     ENGLISH PROFICIENT              11-04-2003 1455
      DEV  EDUC INFO   GED HAS     COMPLETED GED OR HS DIPLOMA     11-04-2003 1455
      DEV  FIN RESP    PART        FINANC RESP-PARTICIPATES        11-06-2003 0835

G0002       MORE PAGES TO FOLLOW . . .
```

Case 4:04-cv-40069-GAO    Document 11-2    Filed 10/25/2004    Page 8 of 10

```
          31475-039              REG
REGNO: 31475-039                      FUNCTION: DIS DOB/AGE.: 06-04-1966 / 38
NAME.: GARNER, GARY                              R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                            MILEAGE.: 29 MILES
PHONE: 978-796-1000          FAX: 978-796-1118
   FACL CATEGORY     - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
   DEV  LEVEL       MINIMUM    SECURITY CLASSIFICAT'N MINIMUM 07-11-2003 1447
   DEV  MED DY ST   REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 11-05-2003 0927
   DEV  MED DY ST   YES F/S    CLEARED FOR FOOD SERVICE       11-05-2003 0927
   DEV  PGM REVIEW  NOV        NOVEMBER PROGRAM REVIEW        11-08-2004 1139
   DEV  QUARTERS    I01-020U   HOUSE I/RANGE 01/BED 020U      03-18-2004 1255
   DEV  RELIGION    NO PREFER  NO PREFERENCE                  11-10-2003 1426
   DEV  UNIT        I UNIT     N. PATTERSON,U/M, EXT. 1523    10-24-2003 1216
   DEV  WAITNG LST  COMP I A&O COMPLETED INSTITUTION A&O      11-24-2003 1109
   DEV  WRK DETAIL  CMP LAND   LANDSCAPE - JENKINS            12-01-2003 0001
```

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

# EXHIBIT C

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

_____

*P.O. Box 880*
*Ayer, MA 01432*

October 18, 2004

# MEMORANDUM FOR INMATE POPULATION

**FROM:**      David L. Winn, Warden

**SUBJECT:**   CCC Placement Reconsiderations

Based upon the recent <u>Goldings</u> decision from the First Circuit, FMC Devens Unit Team staff will now be reviewing and reconsidering CCC placement recommendations, without regard to the 10% limitation implemented on December 20, 2002.  The Goldings case will be applied to inmates with sentences of less than 60 months (those over 60 months were not affected by the 10% limit):

> -who have already received an approved CCC placement less than 180 days; or
> -who are due to be considered for an initial CCC referral based upon proximity to projected release date consistent with policy.

These reconsiderations and initial reviews will be done consistent with the practice and policy in existence at FMC Devens prior to December 20, 2002. Bureau policy and practice in existence at FMC Devens prior to December 20, 2002 provided for a maximum possible CCC placement up to 180 days.  There was no guarantee that 180 day CCC placement would be automatically granted.

Due to practical considerations, any CCC placement already approved for a date prior to October 25, 2004, will not be reconsidered.

This practice will begin immediately and will continue until additional guidance is received from the Bureau of Prisons Central Office.  The Bureau has proposed a new regulation governing all CCC placements.  If the new regulation becomes effective, this regulation could cause a change in CCC placements.  In addition, other court decisions may be issued which could also have an impact on CCC practice.