UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40069-GAO

GARY GARNER,
Petitioner

v.

DAVID L. WINN, Warden,
Federal Medical Center, Devens,
Respondent

ORDER
November 4, 2004

O'TOOLE, D.J.

By the declaration of Patrick A. Ward, the respondent has represented to the Court that the respondent will, consistent with the decision in Goldings v. Winn, 383 F.3d 17 (1st Cir. 2004), forthwith evaluate the petitioner for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief – in particular, an order requiring the respondent to place the petitioner in a community corrections center for the last 180 days of his sentence – the petition is denied.

_November 4, 2004_
DATE

_/s/ George A. O'Toole_
DISTRICT JUDGE