## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GARY GARNER
        Plaintiff(s)

v.                              CIVIL ACTION NO. 04-40069-GAO

DAVID WINN
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated 11/4/04, by the declaration of Patrick A. Ward, the respondent has represented to the Court that the respondent will, consistent with the decision in Goldings v Winn 383 F.3d 17 (1st Cir. 2004), forthwith evaluate the petitioner for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief-in particular, an order requiring the respondent to place the petitioner in a community corrections center for the last 180 days of his sentence- the petition is denied.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/4/04                             By  Paul S. Lyness
                                                                         Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY GARNER
                Plaintiff(s)

v.                          CIVIL ACTION NO. 04-40069-GAO

DAVID WINN
                Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated 11/4/04, by the declaration of Patrick A. Ward, the respondent has represented to the Court that the respondent will, consistent with the decision in Goldings v Winn 383 F.3d 17 (1st Cir. 2004), forthwith evaluate the petitioner for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief-in particular, an order requiring the respondent to place the petitioner in a community corrections center for the last 180 days of his sentence- the petition is denied.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/4/04                          By Paul S. Lyness
                                                                Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY GARNER
    Plaintiff(s)

v.             CIVIL ACTION NO. 04-40069-GAO

DAVID WINN
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

  Pursuant to the court's Order, dated 11/4/04, by the declaration of Patrick A. Ward, the respondent has represented to the Court that the respondent will, consistent with the decision in Goldings v Winn 383 F.3d 17 (1st Cir. 2004), forthwith evaluate the petitioner for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief-in particular, an order requiring the respondent to place the petitioner in a community corrections center for the last 180 days of his sentence- the petition is denied.

                    TONY ANASTAS,
                    CLERK OF COURT

Dated: 11/4/04           By Paul S. Lyness
                    Deputy Clerk

(Judgment Civil.wpd - 11/98) [jgm.]

Case 4:04-cv-40069-GAO    Document 13    Filed 11/04/2004    Page 4 of 6

(Judgment Civil.wpd - 11/98) [jgm.]

(Judgment Civil.wpd - 11/98)                                                                                        [jgm.]

Case 4:04-cv-40069-GAO    Document 13    Filed 11/04/2004    Page 6 of 6